**2008–2462.   Church of God in N. Ohio, Inc. v. Levin.**
Board of Tax Appeals, No. 2007–N–102. Reported at 124 Ohio St.3d 36, 2009-Ohio-5939, 918 N.E.2d 981. On motion for reconsideration. Motion denied.
   PFEIFER, LUNDBERG STRATTON, and O'DONNELL, JJ., dissent.

**2009–0228.   Osnaburg Twp. Zoning Inspector v. Eslich Environmental, Inc.**
Stark App. No. 123 Ohio St.3d 1223, 2009-Ohio-6163, 918 N.E.2d 160. On motion for reconsideration. Motion denied.

**2009–0364.   State v. Jones.**
Montgomery App. No. 22558, 2009-Ohio-61. Reported at 124 Ohio St.3d 1203, 2009-Ohio-6188, 919 N.E.2d 739. On motion for reconsideration. Motion denied.
   LUNDBERG STRATTON, O'CONNOR, and CUPP, JJ., dissent.

**2009–0926.   State ex rel. New Concept Hous., Inc. v. Winkler.**
Hamilton App. No. C–080986. Reported at 123 Ohio St.3d 457, 2009-Ohio-5862, 917 N.E.2d 796. On motion for reconsideration. Motion denied.

**2009–1279.   State ex rel. Martin v. Ohio Adult Parole Auth.**
Lucas App. No. L–09–1094. Reported at 124 Ohio St.3d 63, 2009-Ohio-6164, 918 N.E.2d 1005. On motion for reconsideration. Motion denied.

**2009–1420.   ComDoc v. Advance Print Copy Ship Ctr.**
Summit App. No. 24212, 2009-Ohio-2998. Reported at 123 Ohio St.3d 1495, 2009-Ohio-6015, 916 N.E.2d 1074. On motion for reconsideration. Motion denied.

**2009–1449.   Rucker v. Gerald D. Piszczek Co., L.P.A.**
Hamilton App. No. C–081058. Reported at 123 Ohio St.3d 1495, 2009-Ohio-6015, 916 N.E.2d 1075. On motion for reconsideration. Motion denied.

**2009–1487.   Macon v. Ohio Dept. of Job & Family Servs.**
Franklin App. No. 08AP–1036, 2009-Ohio-3229. Reported at 123 Ohio St.3d 1496, 2009-Ohio-6015, 916 N.E.2d 1075. On motion for reconsideration. Motion denied.

**2009–1606.   State v. Miller.**
Cuyahoga App. No. 91543, 2009-Ohio-3307. Reported at 123 Ohio St.3d 1497, 2009-Ohio-6015, 916 N.E.2d 1075. On motion for reconsideration. The motion is granted to the following extent: The discretionary appeal is accepted.
   O'CONNOR, O'DONNELL, and CUPP, JJ., dissent.

**2009–1610.   George v. Miracle Solutions, Inc.**
Stark App. No. 2009–CA–00088, 2009-Ohio-3659. Reported at 123 Ohio St.3d 1497, 2009-Ohio-6015, 916 N.E.2d 1075. On motion for reconsideration. Motion denied.

**2009–1673.   State ex rel. Carrier Concrete Cutting, L.L.C. v. Bessey.**
In Prohibition. Reported at 123 Ohio St.3d 1504, 2009-Ohio-6210, 917 N.E.2d 808. On motion for reconsideration. Motion denied.

**2009–1708.   State ex rel. Lyles v. Warren.**
In Mandamus. Reported at 123 Ohio St.3d 1504, 2009-Ohio-6210, 917 N.E.2d 808. On motion for reconsideration. Motion denied.

**2009–1724.   State v. White.**
Cuyahoga App. No. 90839, 2009-Ohio-4034. Reported at 123 Ohio St.3d 1497, 2009-Ohio-6015, 916 N.E.2d 1076. On motion for reconsideration. Motion denied.

**2009–1865.   In re S.S.**
Licking App. No. 2009CA0040, 2009-Ohio-4520. Reported at 123 Ohio St.3d 1511, 2009-Ohio-6210, 917 N.E.2d 813. On motion for reconsideration. Motion denied. Motion to strike statement denied as moot.